IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:17-CV-300-D

| | |
|---|---|
| TERESA PARKER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| REGIONAL ACCEPTANCE ) | |
| CORPORATION, ) | |
| ) | |
| Defendant. ) | |

On July 11, 2017, defendant moved to stay [D.E. 6] this action pending resolution of a challenge to the Federal Communications Commission's July 2015 Declaratory Ruling and Order interpreting the Telephone Consumer Protection Act. See ACA International v. Federal Communications Commission, No. 15-1211 (D.C. Cir. argued Oct. 19, 2016). On August 1, 2017, plaintiff responded in opposition [D.E. 12].

The court has reviewed the entire record under the governing standard. The motion to stay [D.E. 6] lacks merit and is DENIED.

SO ORDERED. This 18 day of August 2017.

JAMES C. DEVER III
Chief United States District Judge