IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| D.P., a Minor, through her Guardian, TERESA PARKER, <br><br> Plaintiff, <br><br> v. <br><br> REGIONAL ACCEPTANCE CORPORATION, <br><br> Defendant. | Case No. 5:17-cv-00300-D |

## ORDER GRANTING PLAINTIFF'S
## MOTION FOR LEAVE TO FILE SETTLEMENT AGREEMENT UNDER SEAL

Upon consideration of Plaintiff's Motion for Leave of Court to file the settlement agreement under seal, and after due deliberation and sufficient cause appearing therefore, it is hereby **ORDERED** that Plaintiff's Motion for Leave of Court to file the settlement agreement under seal is **GRANTED**.

SO ORDERED. This _2_ day of March 2018.

_____
JAMES C. DEVER III
Chief United States District Judge